| | |
|---|---|
| 1 | Douglas A. Prutton, Esq. |
| 2 | State Bar No. 118300<br>LAW OFFICES OF DOUGLAS A. PRUTTON |
| 3 | 1985 Bonifacio Street, Suite 101<br>Concord, CA 94520 |
| 4 | Ph: (925) 677-5080<br>Fax: (925) 677-5089 |
| 5 | Attorney for Plaintiff<br>PHILLIP MORILLAS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILLIP MORILLAS, | CASE NO. 3:18-CV-07612-CRB |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| ELAVON, INC., and DOES 1-50, | |
| Defendants. | |

WHEREAS, Plaintiff Phillip Morillas filed his complaint in state court on February 1, 2018, which defendant removed to this Court on or about December 19, 2018;

WHEREAS, plaintiff and defendants settled this matter on or about July 12, 2019;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Phillip Morillas and defendants through their designated counsel that the above captioned action should be dismissed with prejudice as to all of the named and Doe defendants pursuant to FRCP 41(a)(1)(A). The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated: July 15, 2019          LAW OFFICES OF DOUGLAS A. PRUTTON

                              _____
                              Douglas A. Prutton
                              Attorney for Plaintiff Phillip Morillas


Dated: July 30, 2019          SEYFARTH SHAW, LLP

                              _____
                              Minal Haymond
                              Attorney for Defendant Elavon Inc.

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice as against all named and DOE defendants pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

Dated: September 3, 2019

_____
Honorable Judge Charles R. Breyer
United States Judge
Northern District of California